IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHAN A. RAILEY, | : | Civil No. 3:18-cv-1435 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| DAVID J. EBBERT, | : | |
| Respondent | : | |

# ORDER

AND NOW, to wit, this 7th day of June 2019, upon consideration of the amended petition for writ of habeas corpus (Doc. 12) pursuant to 28 U.S.C. § 2241, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 18) to expedite is GRANTED.

2. The amended petition for writ of habeas corpus is PARTIALLY GRANTED to the extent that the matter is REMANDED to the appropriate Federal Bureau of Prisons Disciplinary Hearing Officer for a new hearing on the Code 111A charge.

3. The petition is DENIED in all other respects.

4. The Clerk of Court is directed to CLOSE this case.

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**